**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Structural Systems Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3446599** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **208 S Laura, Ste 2**<br>**Wichita, KS 67211**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sedgwick**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor __**American Structural Systems Inc.**_____ Case number (*if known*) _____
_____Name_____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**9900**_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor  **American Structural Systems Inc.**  Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **American Structural Systems Inc.**                                    Case number (*if known*) _____

Name

☒ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor **American Structural Systems Inc.**                     Case number (*if known*) _____
          Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 13, 2026**
                MM / DD / YYYY

**X** **/s/ Mark A. Hunter**                                    **Mark A. Hunter**
Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Nicholas R. Grillot**                    Date  **April 13, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Nicholas R. Grillot 22054**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-2000**       Email address   **ngrillot@hinklaw.com**

**22054 KS**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>American Structural Systems Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <b>DISTRICT OF KANSAS</b></td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Specialty Fabrication Inc 1517 N Santa Fe Wichita, KS 67214** | | **Lease/Loan/Promissory Note** | **Contingent Unliquidated Disputed** | | | **$11,250.00** |
| **US Department of Treasury Bureau of Fiscal Services P O Box 1686 Birmingham, AL 35201-1686** | | **Dept of Defense** | | | | **Unknown** |
| **Specialty Fabrication Inc. 1517 N Santa Fe Wichita, KS 67214** | | **Lease/Loan/Promissory Note** | **Contingent Unliquidated Disputed** | | | **$9,084.20** |
| **US Department of Treasury Bureau of Fiscal Services P O Box 1686 Birmingham, AL 35201-1686** | | **Dept of Defense** | | | | **Unknown** |
| **Internal Revenue Service Centralized Insolvency P O Box 7346 Philadelphia, PA 19101-7346** | | **Taxes - 941, 940, F1120** | | | | **Unknown** |
| **Internal Revenue Service Centralized Insolvency P O Box 7346 Philadelphia, PA 19101-7346** | | | | **Unknown** | **Unknown** | **Unknown** |

Case 26-10371   Doc# 1   Filed 04/13/26   Page 6 of 17

Debtor  **American Structural Systems Inc.**                                    Case number *(if known)* _____
               Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kansas Department of Revenue Legal Services 109 SW 9th St P O Box 3506 Topeka, KS 66601-3506** | | **Tax Warrants** | | | | **Unknown** |
| **Orange Funding LLC 2691 Treanor Ter Wellington, FL 33414** | | **Receivables, Chattel Paper, Inventory, Equipment, etc.** | | **$52,465.00** | **Unknown** | **Unknown** |
| **Daniel J. Phillippi 1517 N Santa Fe Ave Wichita, KS 67214** | | **Mechanic's Lien/Promissory Note** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Silverline Services 1334 Peninsula Blvd Ste 160 Hewlett, NY 11557** | | **UCC Lien/Purchase Agreement Receivables Sold to Silverline** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Silverline Services 265 Sunrise Hwy Ste 236 Rockville Centre, NY 11570** | | **UCC Lien/Purchase Agreement Receivables Sold to Silverline** | **Contingent Unliquidated Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name    **American Structural Systems Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2026**    X **/s/ Mark A. Hunter**
                                           Signature of individual signing on behalf of debtor

                                           **Mark A. Hunter**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Official Form 202                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Kansas

In re    **American Structural Systems Inc.**      Case No.

           Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

       For legal services, I have agreed to accept            $ _____

       Prior to the filing of this statement I have received        $ _____

       Balance Due                      $ _____

     ☑   **RETAINER**

       For legal services, I have agreed to accept and received a retainer of    $       **10,000.00**

       The undersigned shall bill against the retainer at an hourly rate of    $       **325.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    $ **1,738.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ☑   Debtor      ☐   Other (specify):

4.    The source of compensation to be paid to me is:

       ☑   Debtor      ☐   Other (specify):

5.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

       a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.   [List other services that counsel has agreed to provide]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re  **American Structural Systems Inc.**                                     Case No. _____

                                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 13, 2026** | **/s/ Nicholas R. Grillot** |
| *Date* | **Nicholas R. Grillot 22054** |
| | *Signature of Attorney* |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **ngrillot@hinklaw.com** |
| | *Name of law firm* |

---

Coast Professionals Inc
P O Box 246
Geneseo NY 14454


William Hunter (Deceased)
311 N. Rutger St
Wichita KS 67212


Mark Hunter
156 N Byron Rd
Wichita KS 67211


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit MO 64064


Kansas Department of Revenue
Legal Services
109 SW 9th St
P O Box 3506
Topeka KS 66601-3506


Orange Funding
2901 Bluegrass Blvd Ste 200
Lehi UT 84043


Orange Funding LLC
2691 Treanor Ter
Wellington FL 33414


Daniel J. Phillippi
1517 N Santa Fe Ave
Wichita KS 67214


Sherwood Family Trust
Attn Eleisa Barber
P O Box 75103
Wichita KS 67275

Silverline Services
1334 Peninsula Blvd Ste 160
Hewlett NY 11557


Silverline Services
265 Sunrise Hwy Ste 236
Rockville Centre NY 11570


Specialty Fabrication Inc
1517 N Santa Fe
Wichita KS 67214


Specialty Fabrication Inc.
1517 N Santa Fe
Wichita KS 67214


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202


US Department of Treasury
Bureau of Fiscal Services
P O Box 1686
Birmingham AL 35201-1686

# United States Bankruptcy Court
## District of Kansas

In re  **American Structural Systems Inc.**                              Case No. _____
                                              Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **April 13, 2026** _____          **/s/ Mark A. Hunter** _____
                                                **Mark A. Hunter**/**President**
                                                Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **American Structural Systems Inc.**      Case No. _____

                 Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Hunter**<br>**156 N Bryon Rd**<br>**Wichita, KS 67211** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 13, 2026**          Signature   **/s/ Mark A. Hunter**

                                                **Mark A. Hunter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re  **American Structural Systems Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **American Structural Systems Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 13, 2026**

Date

**/s/ Nicholas R. Grillot**

**Nicholas R. Grillot 22054**

Signature of Attorney or Litigant

Counsel for  **American Structural Systems Inc.**

**Hinkle Law Firm LLC**

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**ngrillot@hinklaw.com**

# United States Bankruptcy Court
### District of Kansas

In re   **American Structural Systems Inc.**     Case No. _____

                      Debtor(s)        Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark A. Hunter**, declare under penalty of perjury that I am the **President** of **American Structural Systems Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___27th___ day of ___March___, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark A. Hunter**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark A. Hunter**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark A. Hunter**, **President** of this Corporation is authorized and directed to employ **Nicholas R. Grillot 22054,** attorney and the law firm of **Hinkle Law Firm LLC** to represent the corporation in such bankruptcy case."

Date   **March 27, 2026**    _3/27/26_          Signed   **/s/ Mark A. Hunter** _____
                                                    **Mark A. Hunter**

Resolution of Board of Directors
of
**American Structural Systems Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark A. Hunter, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark A. Hunter, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark A. Hunter, President** of this Corporation is authorized and directed to employ **Nicholas R. Grillot 22054**, attorney and the law firm of **Hinkle Law Firm LLC** to represent the corporation in such bankruptcy case.

Date **March 27, 2026** _3/27/26_   Signed _[signature]_

Date **March 27, 2026**   Signed _____